AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TRAVELL ANTHONY HILL | ) | Case No.  4:20 MJ 8079 SRW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 14, 2016  in the county of  City of St. Louis  in the Eastern District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1958 | CT. 1 - Conspiracy to Use Interstate Commerce Facilities in Commission of Murder-for-Hire, resulting in death |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Faber, Special Agent, FBI
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:  11/03/2020

_____
*Judge's signature*

City and state:  St. Louis, Missouri

Honorable Stephen R. Welby, U.S. Magistrate Judge
*Printed name and title*