

## U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Organized Crime Drug Enforcement Task Force*

| | | |
|---|---|---|
| *Angie E. Danis* | *Thomas Eagleton U.S. Courthouse* | OFFICE:  314-539-2200 |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | DIRECT: 314-539-7624 |
| | *St. Louis, MO  63102* | FAX: 314-539-2312 |
| | | Angie.danis@usdoj.gov |

November 5, 2020

Mr. Gregory J. Linhares
U.S. District Court Clerk
111 South 10th Street, 3rd Floor
St. Louis, MO 63102

    Re:    <u>United States v. Travell Hill.</u>
            Cause No. **4:20-MJ-08079-SRW**

Dear Mr. Linhares:

    The sealed complaint in the above-captioned case on November 3, 2020, was ordered suppressed pending the apprehension of the defendant named therein.

    The defendant have now been apprehended.  Therefore, it is directed that the suppression order of this complaint be lifted.

                                 Very truly yours,

                                   JEFFREY B. JENSEN

                                 United States Attorney

                                 */s/ Angie E. Danis*
                                 ANGIE E. DANIS, #64805MO
                                 Assistant United States Attorney

AED/sdw